TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA  95623
Telephone:  (530) 885-6244

Attorney for Defendant
DEBORAH POLLARD

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>CURTIS PHILLIPS, CHARLES RAY GOODMAN, DEBORAH LYNN POLLARD, CONWAY PHILLIPS, JR., and ELO WILLIE WADLEY,<br><br>                        Defendant. | CASE NO. 2:17-CR-00023 TLN<br><br>**STIPULATION REGARDING MODIFICATION OF SPECIAL CONDITION OF RELEASE; FINDINGS AND ORDER** |
|---|---|

   Defendant, DEBORAH POLLARD, by and through her counsel of record, TONI WHITE, and the GOVERNMENT hereby stipulate as follows:

   1. Special condition number 9 of Ms. Pollard's special conditions of release (ECF DOC #9) subjects Ms. Pollard to drug testing

   2. Pretrial officer Steven Sheehan suggested that a request to modify the special conditions of release be submitted to delete the requirement that Ms. Pollard be drug tested. The basis of the request is that Ms. Pollard has been on pretrial supervision for over three years, has been subject to random drug testing since inception and has never tested positive.

1

3. Jason Hitt, counsel for the Government, has been advised of the proposed modification of condition #9 and has no objection.

By this stipulation, defendant now moves to have condition #9 amended as requested.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: July 28, 2020 | McGregor Scott<br>United States Attorney |
| | By:   /s/ Toni White for<br>Jason Hitt<br>Assistant U.S. Attorney |
| | For the United States |
| Dated: July 28, 2020 | By:   /s/ Toni White<br>TONI WHITE |
| | For Defendant Deborah Pollard |

## **O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: July 30, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2