LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ELO WADLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DEBORAH LYNN POLLARD, CONWAY PHILLIPS, JR., and ELO WILLIE WADLEY,<br><br>    Defendants. | Case No.: 2:17-CR-023 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    November 5, 2020<br>Time:    9:30 a.m.<br>Court:   Hon. Troy L. Nunley |

   This matter is presently set for a status conference on November 5, 2020.  This Court signed an order substituting Attorney Kelly Babineau as counsel for Conway Phillips, Jr. (ECF Entry 161, July 10, 2020) during the pandemic crisis which has shut down public access to federal courthouses through the final eight months of 2020.  The parties continue to work toward a negotiated resolution of the case.  Efforts to complete defense investigation as to matters

ORDER CONTINUING STATUS
CONFERENCE

related to potential sentence mitigation have been hampered by state and federal restrictions designed to reduce the spread of the virus during this same period.

The Chief Judge in this district, in response to the threat posed by the pandemic, issued General Orders 612, 617, 618, 620, and 624.  These five orders collectively restricted public access to federal courthouses from March 18 to December 30, 2020.  California Governor Newsom similarly issued pandemic suppression orders, including Executive Order N-33-20, which have restricted public access to various businesses throughout the state.

This case involves allegations of distribution of cocaine base stemming from an extensive investigation.  The investigation included, among other investigative tools, the use of confidential sources, controlled purchases, and the use of a court-authorized wiretap.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Jason Hitt and Attorney Kelly Babineau on behalf of Defendant Conway Phillips, Jr., Attorney Toni White on behalf of Defendant Deborah Lynn Pollard, and Attorney Todd Leras on behalf of Defendant Elo Willie Wadley, stipulate as follows:

1. By this stipulation, Defendants now move to vacate the status conference presently set for November 5, 2020.  The parties request to continue the status conference to February 18, 2021, at 9:30 a.m., and to exclude time between November 5, 2020 and February 18, 2021 under Local Code T-4.  The United States does not oppose this request.

2. Due to the volume of discovery in the case, including 500 pages of investigative reports and two discs containing additional materials, defense counsel for all defendants are engaged in ongoing review of the discovery and defense investigation

ORDER CONTINUING STATUS CONFERENCE

related to potential defenses in this matter. This investigation is necessary to ensure that potential defenses are explored and discussed with each defendant in the case.

3. All defense counsel represent and believe that failure to grant additional time as requested would deny each of them the reasonable time necessary for effective preparation, considering the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of November 5, 2020 to February 18, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorneys Jason Hitt and all defense counsel have reviewed this proposed order and authorized Todd Leras to sign it on their behalf.

ORDER CONTINUING STATUS CONFERENCE

DATED:  November 2, 2020

By     /s/ *Todd D. Leras for*     
     JASON HITT  
     Assistant United States Attorney

DATED:  November 2, 2020

By     */s/ Todd D. Leras for*     
     KELLY BABINEAU  
     Attorney for Defendant  
     CONWAY PHILLIPS, JR.

DATED:  November 2, 2020

By     */s/ Todd D. Leras for*     
     TONI L. WHITE  
     Attorney for Defendant  
     DEBORAH POLLARD

DATED:  November 2, 2020

By     */s/ Todd D. Leras*     
     TODD D. LERAS  
     Attorney for Defendant  
     ELO WADLEY

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for November 5, 2020, is vacated.  A new status conference is scheduled for February 18, 2021, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from November 5, 2020, up to and including February 18, 2021.

DATED: November 3, 2020

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE