TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA 95623
Telephone: (530) 885-6244

Attorney for Defendant
DEBORAH POLLARD

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00023 TLN |
|---|---|
| Plaintiff, | **STIPULATION REGARDING TERMINATION OF PRETRIAL SUPERVISION; [PROPOSED] FINDINGS AND ORDER** |
| v. | |
| PHILLIPS, et al. | |
| Defendant. | |

Defendant, DEBORAH POLLARD, by and through her counsel of record, TONI WHITE, and the GOVERNMENT hereby stipulate as follows:

1. Ms. Pollard was released on conditions and pretrial supervision on January 27, 2017 (ECF DOC #13).
2. Pretrial Services reports that Ms. Pollard has not had any violations of supervision, has participated in earnest in supervision and is not in need of continued supervision. As such, Pretrial Services is in support of terminating Ms. Pollard's term of pretrial supervision.
3. Ms. Pollard does not request to have the unsecured bond condition removed, modify the condition that her passport remain surrendered or seek permission to obtain a passport.

1

4. Pretrial services officer Beth Wetteland and Assistant United States Attorney Jason Hitt have been advised of this proposed termination of pretrial supervision and have no objection.

By this stipulation, Ms. Pollard now moves to have pretrial supervision terminated.

IT IS SO STIPULATED.

Dated: June 28, 2021
Phillip A. Talbert
Acting United States Attorney

By: /s/ Toni White for
Jason Hitt
Assistant U.S. Attorney

For the United States


Dated: June 28, 2021     By: /s/ Toni White
TONI WHITE

For Defendant Deborah Pollard


**O R D E R**

IT IS SO FOUND AND ORDERED this 29th day of June 2021.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE