LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ELO WADLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>DEBORAH LYNN POLLARD, and ELO WILLIE WADLEY,<br><br>          Defendants. | Case No.: 2:17-CR-00023-TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:     October 14, 2021<br>Time:    9:30 a.m.<br>Court:    Hon. Troy L. Nunley |

    This matter is presently set for a status conference on October 14, 2021. The parties continue to work toward a negotiated resolution of the case. Efforts to complete defense investigation as to matters related to potential sentence mitigation have once again been impeded by the surge in the Delta variant of the coronavirus.

ORDER CONTINUING STATUS CONFERENCE

Defendants Deborah Pollard and Elo Wadley request to continue the status conference to January 20, 2022. The basis of the request is the additional time needed to conduct mitigation investigation.

The Chief Judge in this district, in response to the threat posed by the pandemic, issued General Orders 612, 617, 618, 620, 624, 628, and 631. These orders collectively restricted public access to federal courthouses from March 18, 2020 to June 14, 2021. Some courtrooms within the district are now reopened to the public and in-person appearances are occurring at the discretion of each district judge. Sacramento County Public Health Officials, however, reimposed an indoor mask mandate based on a surge in the Delta variant of the coronavirus occurring in July 2021.

This case involves allegations of distribution of cocaine base stemming from an extensive investigation. The investigation included, among other investigative tools, the use of confidential sources, controlled purchases, and the use of a court-authorized wiretap.

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Jason Hitt and Attorney Toni White on behalf of Defendant Deborah Lynn Pollard, and Attorney Todd Leras on behalf of Defendant Elo Willie Wadley, stipulate as follows:

1. By this stipulation, Defendants Pollard and Wadley now move to vacate the status conference presently set for August 5, 2021. The parties request to continue the status conference to January 20, 2022, at 9:30 a.m., and to exclude time between October 14, 2021 and January 20, 2022, under Local Code T-4. The United States does not oppose this request.

ORDER CONTINUING STATUS CONFERENCE

2. Due to the volume of discovery in the case, including five hundred pages of investigative reports and two discs containing additional voluminous recordings of intercepted telephone calls, defense counsel for Defendants Pollard and Wadley are engaged in ongoing review of the discovery and defense investigation related to potential defenses and sentence mitigation in this matter.  This investigation is necessary to ensure that potential defenses and sentencing mitigation are explored and discussed with each defendant in the case.

3. Defense counsel for Defendants Pollard and Wadley represent and believe that failure to grant additional time as requested would deny each of them the reasonable time necessary for effective preparation, considering the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and Defendants Pollard and Wadley in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of October 14, 2021 to January 20, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendants' request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of

ORDER CONTINUING STATUS CONFERENCE

the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorneys Jason Hitt and Attorney Toni White have reviewed this proposed order and authorized Todd Leras (via email) to sign it on their behalf.

DATED: October 11, 2021

By   /s/ *Todd D. Leras for*
     JASON HITT
     Assistant United States Attorney

DATED: October 11, 2021

By   /s/ *Todd D. Leras for*
     TONI L. WHITE
     Attorney for Defendant
     DEBORAH POLLARD

DATED: October 11, 2021

By   /s/ *Todd D. Leras*
     TODD D. LERAS
     Attorney for Defendant
     ELO WADLEY

ORDER CONTINUING STATUS CONFERENCE

# ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference as to Defendants Deborah Pollard and Elo Wadley in this matter, scheduled for October 14, 2021, is **VACATED.** A new status conference for Defendants Pollard and Wadley is **SCHEDULED** for **January 20, 2022, at 9:30 a.m**. The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from October 14, 2021, up to and including January 20, 2022.

**DATED**: October 13, 2021

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE