TONI WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA  95623
Telephone:  (530) 885-6244

Attorney for Defendant
DEBORAH POLLARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DEBORAH LYNN POLLARD<br><br>    Defendants. | Case No.: 2:17-CR-023 DAD-3<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:     February 14, 2023<br>Time:    9:30 a.m.<br>Court:    Hon. Dale A. Drozd |

This matter is presently set for a change of plea on February 14, 2023.  The case involves a charged conspiracy to distribute cocaine base.  The Drug Enforcement Administration's investigation included the use of confidential sources, controlled purchases, and court-authorized wiretaps of a pager and two cellular telephones.  The government has provided voluminous discovery to defense counsel, including nearly 500 pages of investigative reports and three discs

ORDER CONTINUING STATUS CONFERENCE

of recordings and other materials.

The Government, through Assistant United States Attorney Jason Hitt, and defendant Deborah Pollard, through her attorney Toni White, stipulate as follows:

1. By this stipulation, Defendant now moves the change of plea presently set for February 14, 2023, to March 7, 2023. The Government does not oppose this request.

2. Factual issues are being addressed in an effort to come to a plea agreement in this matter. In addition, defense counsel needs additional time to review discovery and defense investigation related to potential defenses in this matter as they relate to both trial and resolution. Additionally, defense counsel is engaged with ongoing meetings with the defendant and further meetings are necessary.

3. Defense counsel represents and believes that failure to grant additional time as requested would deny her the reasonable time necessary for effective preparation, considering the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of February 14, 2023 to March 7, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant's request on the basis that the ends of justice

ORDER CONTINUING STATUS CONFERENCE

served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED:  February 9, 2023                             By /s/ Jason Hitt_____
                                                                              JASON HITT
                                                                              Assistant United States Attorney

DATED:  February 9, 2023
                                                                      By /s/ Toni White_____
                                                                              TONI L. WHITE
                                                                              Attorney for Defendant
                                                                              DEBORAH POLLARD

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the change of plea in this matter, scheduled for February 14, 2023, is continued to March 7, 2023, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from February 14, 2023, up to and including March 7, 2023.  No further extensions of time will be granted for this purpose absent a compelling showing of good cause.

IT IS SO ORDERED.

Dated:  **February 12, 2023**

UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE