TONI WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA  95623
Telephone:  (530) 885-6244

Attorney for Defendant
DEBORAH POLLARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DEBORAH LYNN POLLARD<br><br>            Defendants. | Case No.: 2:17-CR-023 DAD-3<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:      March 7, 2023<br>Time:     9:30 a.m.<br>Court:    Hon. Dale A. Drozd |

This matter is presently set for a change of plea on March 7, 2023.  The case involves a charged conspiracy to distribute cocaine base.  The Drug Enforcement Administration's investigation included the use of confidential sources, controlled purchases, and court-authorized wiretaps of a pager and two cellular telephones.  The government has provided voluminous discovery to defense counsel, including nearly 500 pages of investigative reports and three discs

ORDER CONTINUING STATUS CONFERENCE

of recordings and other materials.

The Government, through Assistant United States Attorney Jason Hitt, and defendant Deborah Pollard, through her attorney Toni White, stipulate as follows:

1. By this stipulation, Defendant now moves the change of plea presently set for March 7, 2023, to March 14, 2023. The Government does not oppose this request.

2. Counsel have been working together to address issues related to the amount of money that Ms. Pollard was allegedly involved in handling related to a potential plea to money laundering. These issues have been resolved and an adjusted plea agreement is being finalized. Defense counsel needs additional time to review discovery and defense investigation related to potential defenses in this matter as they relate to both trial and resolution.

3. Additionally, defense counsel is engaged with ongoing meetings with the defendant and further meetings are necessary. An unprecedented snow storm this past week has left defense counsel without power, internet connectivity, phone or cell phone service and the only road out was blocked, until yesterday, by downed trees and powerlines. Defense counsel was able to drive out to obtain internet connectivity and phone service yesterday and confer with Ms. Pollard.

4. Defense counsel represents and believes that failure to grant additional time as requested would deny her the reasonable time necessary for effective preparation, considering the exercise of due diligence.

5. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest

ORDER CONTINUING STATUS CONFERENCE

of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 7, 2023 to March 14, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED: March 3, 2023

By /s/ Jason Hitt
JASON HITT
Assistant United States Attorney

DATED: March 3, 2023

By /s/ Toni White
TONI L. WHITE
Attorney for Defendant
DEBORAH POLLARD

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the change of plea in this matter, scheduled for March 7, 2023, is continued to March 14, 2023, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from March 7, 2023, up to and including March 14, 2023.

IT IS SO ORDERED.

Dated: **March 3, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE