```
1   TONI H. WHITE (SBN 210119)
    ATTORNEY AT LAW
2   P.O. Box 1081
    El Dorado, CA 95603
3   Telephone: (530) 885-6244
4
5   Attorney for Defendant
    DEBORAH POLLARD
6
7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00023 DAD |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| v. | |
| DEBORAH LYNN POLLARD, | |
| Defendant | |

**Defendant DEBORAH POLLARD, by and through her counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney JASON HITT, hereby stipulate as follows:**

**1.    By previous order, this matter was set for sentencing on July 18, 2023.**

**2.    By this stipulation, defendant now moves to continue the sentencing to November 14, 2023. The GOVERNMENT does not oppose this request.**

**3. This continuance will allow the defense to conclude mitigation efforts, will allow the presentence report to be drafted and disclosed and will provide time for the parties to draft objections and sentencing memoranda.**

**4. The probation officer, Lynda Moore, is available and is in agreement with the disclosure schedule requested by the parties.**

**5. The parties request the following disclosure schedule:**

| | |
|---|---|
| Judgment and Sentencing Date: | November 14, 2023 |
| Reply, or Statement of Non-opposition: | November 7, 2023 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 31, 2023 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | October 17, 2023 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | October 10, 2023 |
| The Proposed Pre-Sentence Report Shall be Disclosed to Counsel no Later Than: | September 6, 2023 |

**IT IS SO STIPULATED.**

Dated: July 13, 2023          PHILLIP A. TALBERT
                              United States Attorney

                              By:    */s/ Toni White for*
                              JASON HITT
                              Assistant U.S. Attorney

                              For the United States


Dated: July 13, 2023   By:    */s/ Toni White*
                              TONI WHITE

                              For Defendant Deborah Pollard


**O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for July 18, 2023, is hereby continued to November 14, 2023, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **July 13, 2023**                    _____
                                             UNITED STATES DISTRICT JUDGE

3