1  TONI H. WHITE (SBN 210119)
   ATTORNEY AT LAW
2  P.O. Box 1081
   El Dorado, CA  95603
3  Telephone:  (530) 885-6244

4

5  Attorney for Defendant
   DEBORAH POLLARD
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00023 DAD-3 |
|----|---------------------------|------------------------------|
| 12 | Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND** |
| 13 | v. | **ORDER** |
| 14 | DEBORAH LYNN POLLARD, | |
| 15 | Defendant | |

16

17       Defendant DEBORAH POLLARD, by and through her counsel of record, TONI WHITE,

18  and the GOVERNMENT, by and through Assistant United States Attorney JASON HITT, hereby

19  stipulate as follows:

20       1.    By previous order, this matter was set for sentencing on November 14, 2024.

21       2.    By this stipulation, defendant now moves to continue the sentencing to February 6,

22  2024. The GOVERNMENT does not oppose this request.

23       3. This continuance will allow for the drafting and submission of sentencing memoranda to

24  complete the defense preparation for sentencing.

25       4. The probation officer, Steven Davis, is available and is in agreement with the disclosure

26  schedule requested by the parties.

27

28

                                       1

5. The parties request the following disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | February 6, 2024 |
| Reply, or Statement of Non-opposition: | January 30, 2024 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | January 23, 2024 |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | January 16, 2024 |
| Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | January 9, 2024 |
| The Proposed Pre-Sentence Report has been Disclosed to Counsel | |

IT IS SO STIPULATED.

Dated:  November 9, 2023          PHILLIP A. TALBERT
                                  United States Attorney

                                  By:   /s/ Toni White for
                                  JASON HITT
                                  Assistant U.S. Attorney

                                  For the United States

Dated:  November 9, 2023          By:   /s/ Toni White
                                  TONI WHITE

                                  For Defendant Deborah Pollard

# **O R D E R**

     Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for November 14, 2024, is continued to February 6, 2024 at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **November 9, 2023**          _____
                                      DALE A. DROZD
                                      UNITED STATES DISTRICT JUDGE

3