TONI WHITE (SBN 210119)
ATTORNEY AT LAW
PO Box 1081
El Dorado, CA  95623
Telephone:  (530) 885-6244

Attorney for Defendant
DEBORAH POLLARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DEBORAH LYNN POLLARD<br><br>　　　　　Defendants. | Case No.: 2:17-CR-00023 DAD-3<br><br>STIPULATION AND ORDER CONTINUING SENTENCING<br><br>Date:　　February 6, 2024<br>Time:　　9:30 a.m.<br>Court:　　Hon. Dale A. Drozd |

**Defendant DEBORAH POLLARD, by and through her counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney JASON HITT, hereby stipulate as follows:**

**　　1.　　By previous order, this matter was set for sentencing on February 6, 2024.**

**　　2.　　By this stipulation, defendant now moves to continue the sentencing to February 13, 2024. The GOVERNMENT does not oppose this request.**

**3.** This continuance will allow for completion of defense preparation for sentencing. Defense counsel's family member was recently in an accident, is going in for surgery on Monday and defense counsel will be unavailable to attend court on Tuesday or meet with her client for the last bit of sentencing preparation on Monday. As such, one additional week is needed for defense preparation.

**4.** The probation officer, Steven Davis, is available and has no objection to the continuance.

**5.** The final presentence report has been completed and filed.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: February 2, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>By:    /s/ Toni White for<br>JASON HITT<br>Assistant U.S. Attorney<br><br>For the United States |
| Dated: February 2, 2024 | By:    /s/ Toni White<br><br>TONI WHITE<br>For Defendant Deborah Pollard |

**O R D E R**

IT IS SO ORDERED.

Dated:  **February 2, 2024**    _Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE